U. S. District Court
of
Massachusetts

FILED
IN CLERK'S OFFICE
2025 JUL 25 PM 12: 24
DISTRICT OF MASS.

Richard W. Poe Jr.
V.
Commonwealth of Mass.
Worcester Recovery Center +
Hospital
Worcester District Court

} Complaint

On 11-18-2020 I was false arrested by Mass. State Police on a warrant for Richard Poe, 825 Newton St., Boston MA. The Malden District Court sent me to the hospital for a 16 day Court order evaluation for Mental Health. The hospital held me in custody with no criminal conviction or sentence for 4 1/2 years drugging me and billing my insurance company $1300 per week. I have paid them over $400,000. - million dollars in insurance payments. The Worcester District Court issues by video judge civil commitments one year at a time that on 7-15-2024 it was order Vacated by the Superior Court. The Superior Court order for my release and discharge on 7-15-2024 not complied to. I am held in custody in violation of General Law Chapter 248, Section 35, Habeas Corpus and Liberty, G.L.C. 123-9B release from a hospital.

Plaintiff,
Richard W. Poe Jr.