Richard W. Poses Jr.    7-19-25
309 Belmont St.
A-3
Worcester MA 01604

U.S. District Court
Clerk - Civil Dept.
U.S. Court House
1 Court House Way
Boston MA 02210

RE: Richard W. Poses Jr. V. Commonwealth of Mass.
                                    W.R.C. + H.
                                    Worcester District Court

Dear Clerk,

Please mark, file, docket open the new case. Obtain a Writ of Habeas Corpus release from:

Worcester Recovery Center + Hospital
309 Belmont St. Worcester MA 01604

Send a civil cover sheet, Court fee's waiver form a docket report.

Thank You,
Richard W. Poses Jr.