UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RICHARD W. PORTER,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **COMMONWEALTH OF** ) <br> **MASSACHUSETTS, et al.,** ) <br> ) <br> Defendants. ) <br> ) | **CIVIL ACTION** <br> **NO. 25-40101-MRG** |

**ORDER**
October 15, 2025

**GUZMAN, D.J.**

On July 25, 2025, *pro se* litigant Richard Porter filed a complaint in which he alleges that he is wrongfully confined at the Worcester Recovery Center and Hospital.

On June 24, 2024, the Court entered an order prohibiting Porter from commencing any new action on the civil docket of this Court without first obtaining written approval from a judge of this Court to do so. *See Porter v. Malden Dist. Ct.*, C.A. No. 24-40068-MRG, Doc. No. 8 (D. Mass. June 24, 2024).

Porter commenced this action in contravention of this order because he did not ask for or receive permission to commence a new action. Accordingly, this action is DISMISSED without prejudice. The clerk shall provide Porter a copy of the June 24, 2024 order, which order includes the requirements for filing a petition for leave to file a new action in this Court.

**So Ordered.**

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2025