UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RICHARD W. PORTER,**   )<br>  )<br>  Plaintiff,   )<br>  )<br>  v.   )<br>  )<br> **COMMONWEALTH OF**   )<br> **MASSACHUSETTS, et al.,**   )<br>  )<br>  Defendants.   )<br>  ) | **CIVIL ACTION**<br>**NO. 25-40101-MRG** |

**FINAL ORDER OF DISMISSAL**

In accordance with the Order dated October 15, 2025, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed its entirety.

Date:   10/15/2025                                                By the Court,

/s/ Suzanne Frisch
Deputy Clerk